

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin 9, Texas

Dear Sir:

Opinion No. O-651?
Re: May the owner of a truck
exceeding ninety-six inches
in width secure a certificate
of title under Article 1436
V. A. P. C.?

Your recent request for an opinion of this
department reads as follows:

"Can an owner of a motor vehicle which
exceeds the 96 inch width limit, therefore
being unregisterable, secure a certificate
of title to this vehicle? The vehicle is
a truck and the owner intends to operate on
a separate permit each time he makes a trip
with it, but does desire a certificate of
title to same."

We believe your question is controlled by the
Certificate of Title Act, H. B. 407, Acts 1939, 46th
Legislature, (Article 1436, Vernon's Annotated Penal
Code). Section 2 of the Act reads as follows:

"The term 'Motor Vehicle' means every kind
of motor driven or propelled vehicle now or here-
after <u>required to be registered or licensed under
the laws of this state</u>." (Underscoring ours)

Section 8b of Article 6675a, V. A. C. S., relating
to the registration of vehicles provides as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"No motor vehicle shall be registered and licensed which has a total outside width, including any load thereon, of more than ninety-six (96) inches, * * *"

Thus it is seen that the truck involved here is not a "motor vehicle" within the meaning of the Legislative definition in the "Certificate of Title Act", because it is not only ineligible for registration but its registration is specifically prohibited. It is clear that the Certificate of Title Act only applies to motor vehicles as defined therein and the operative provisions of the act use that term throughout. Provision is made for the surrender and cancellation of a certificate of title when a vehicle loses its character as a motor vehicle as therein defined. Art. 1436-1, Sec. 37, V. A. P. C. Also Section 6C of the same Article states that :

"The provisions of this Act shall not apply to motor vehicles not required to be registered or licensed under the laws of this State then effective, * * *" (Underscoring ours)

We conclude that the owner of the over-width truck inquired about is not entitled to receive a certificate of title for the vehicle though he might operate it to a limited degree over the public highways under a special permit.

Yours very truly

ATTORNEY GENERAL OF TEXAS

Benjamin Woodall
Benjamin Woodall
Assistant

By Bob D. Maddox
Bob D. Maddox


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN